| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|---|
| 1 | 71.50.98.157 | 39200 | 2017-07-04 01:09:05 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Linden |
| 2 | 69.34.148.117 | 52760 | 2017-07-04 06:54:21 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Holly Springs |
| 3 | 71.51.239.91 | 58890 | 2017-07-04 08:21:10 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Spring Hope |
| 4 | 67.238.198.237 | 10906 | 2017-07-04 23:27:40 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Nashville |
| 5 | 71.48.202.138 | 44637 | 2017-07-05 05:19:25 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Plymouth |
| 6 | 67.239.128.221 | 6881 | 2017-07-05 10:29:25 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Fayetteville |
| 7 | 69.68.65.54 | 8999 | 2017-07-05 21:39:52 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Rocky Mount |
| 8 | 71.1.30.213 | 42459 | 2017-07-05 21:51:55 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Tarboro |
| 9 | 184.4.32.176 | 33788 | 2017-07-06 09:37:00 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Dunn |
| 10 | 71.50.137.146 | 61343 | 2017-07-06 09:56:25 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Oxford |
| 11 | 67.238.249.205 | 45685 | 2017-07-06 22:04:42 | Once Upon A Time In Venice (2017) [YTS.AG] | SHA1: 0DAE755156B5443042CCEF362948D363E0EABAC9 | CenturyLink | North Carolina | Clayton |

Exhibit 2